Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2025 JUL 23   AM 9: 39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br>V.<br>ELIPDIO REYNA<br>USMS# _____<br>DEFENDANT | CASE NUMBER:<br>2:25-mj-03510-DUTY<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on _____ at _____ ☐ AM ☐ PM

   or

   The defendant was arrested in the Southern District of California on 07/23/2025 at 7:00 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 111 Assault on a Federal Officer

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1984

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: Marilyn Bednarski   Phone Number: 626-644-1956

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: James Yun   (please print)

12. Office Phone Number: 213-703-9667

13. Agency: FBI

14. Signature: James Yun

15. Date: 7/23/2025

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION